CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE: SEYBERT,J.   DATE: 10/16/2020   TIME: 11:30

DOCKET NUMBER: CR 19-265   TITLE: USA-V-

DEFT NAME: JUAN TAVERAS   DEFT: #
  **X** PRESENT  ___ NOT PRESENT  **X** IN CUSTODY  ___ ON BAIL

  ATTY. FOR DEFT.: LAURIANO GUZMAN   C.J.A.
      **X** PRESENT   ___ NOT PRESENT   **X** RET

A.U.S.A. BURTON RYAN   DEPUTY CLERK: CHARLES BARAN

INTERPRETER: MAYA GRAY

COURT REPORTER: D. TURSI

**X**   CASE CALLED. ALL COUNSEL PRESENT.

**X**   DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT 1 OF THE INDICTMENT.

**X**   COURT FINDS A FACTUAL BASIS FOR THE PLEA.

**X**   SENTENCE DATE SET FOR 2/19/2021 AT 11:30AM.

**X**   PROBATION DEPARTMENT NOTIFIED.

**X**   DEFT. CONTINUED IN CUSTODY.

___   OTHER:

WORD