F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 02 2021
LONG ISLAND OFFICE

Honorable Judge Seybert,

 The reason for which I am writing you is to inform you about my current attorney. When I had agreed to pleading guilty, my attorney had explained to me as well as my family very clearly that I had signed an agreement with a maximum of 10 years. However now, just days away from sentencing, my attorney is now saying the opposite, that I had agreed and signed to a minimum of 10 years. I ask from the bottom of my heart that you help me with the issue and appoint for me an attorney appointed by the courts, best if you could assign me Mr Williams, the attorney given to me at the beginning.

 I would never sign such a plea agreement like that, I am too sick and old to agree to a minimum of 10 years.

Juan. R. Taveras
Juan R. Taveras
#91576-053

From: JUAN. R. TAVERAS:
Reg No: 91576-053
MDC. Brooklyn
P.O. Box 329002
Brooklyn, New York 11232

NEW YORK NY 100
29 JUL 2021 PM 11 L
LEGAL MAIL

Judge SEYBURT
L.I. FEDERAL COURTHOUSE
770 FEDERAL PLAZA
CENTRAL ISLIP NY 11722-4166

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 02 2021
LONG ISLAND OFFICE