# UNITED STATES DISTRICT COURT
## Eastern District of New York

United States of America

- v -

Juan Taveras

*Defendant*

Case No.: 19-cr-0265-JS-ARL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 05 2022 ★
LONG ISLAND OFFICE

## FORCE ORDER

UPON the defendant's repeated refusals to appear before the Court when requested in connection with the above-captioned case, it is hereby:

ORDERED that the United States Marshals Service, their agents, and/or designees, use all necessary force to produce the above named defendant, U.S. Marshal number __91576-053__, before this Court at 100 Federal Plaza, Central Islip, New York 11722, for a conference on __10/17/2022__ at __2:00__ A̶M̶/PM.

**SO ORDERED**:

*Joanna Seybert, Senior U.S. District Judge*

Dated: __8/5/2022__
Central Islip, N.Y.