# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Michael Kramer**
Chief Deputy, Central Islip



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631)712-6000
Pro Se: (631)712-6060

Date: 4/6/23
Re: 19CR265JS-001

Dear *pro se* litigant:

The enclosed ___letter___ is being returned without docketing or consideration for the following reason(s):

( )   The docket number and/or judges' initials are incorrect or missing.

( )   Your signature is required on all papers filed with the Court.

( )   These papers appear to be intended for another court or agency.

( )   Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( )   Your papers do not meet the minimum requirements for:
    ( )   Legibility: please type or print clearly.
    ( )   Language: only <u>English</u> is acceptable.
    ( )   Form or Content: See forms/instructions enclosed.
    ( )   Please indicate the documents you served on your affirmation of service.
    ( )   Other:

( )   This Court will only accept papers on 8 ½ by 11" paper. Note that this does not include exhibits. Documents submitted for filing should be **unbound originals**.

( )   Documents submitted for filing should not include (social security number, birthdate, names of minor children, financial account number etc.)

( )   Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

(✔)   Your <u>Notice of Appeal</u> has been processed, and your case is closed. Your papers should be directed to: United States Court of Appeals for the Second Circuit Thurgood Marshall U. S. Courthouse,
    40 Foley Square, New York, NY 10007

(✔)   Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( )   The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

(✔)   <u>Other:</u>  A copy is being forwarded to attorney of record, John Wallenstein.

By: _____
J. Grady, Deputy Clerk

Subject: *Legal Contact*

Case No.# 2:19-CR-0265-001-JS

April 3, 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 0 6 2023   ★

LONG ISLAND OFFICE

Dear Clerk,

I am sending you this correspondence in reference to the fact that I have not heard from my attorney since I was sentenced approximately four (4) months ago, now, with that being said, my concern is, me and my counsel informed the Sentencing Judge on the day of my sentencing that I wanted to file an appeal based on my sentence.

Now, since I have not had any legal contact with my attorney due to the fact that I do not have counsel's name, let alone contact information, I am humbly requesting can you contact my attorney and inform my counsel to please get in contact with me in reference to my appeal status.

I humbly and sincerely appreciate your valued assistance with this very important matter.

Juan Javera
Mr. Juan Taveras

INMATE NAME/NUMBER: Mr. Juan Taveras/91576-053
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD Low
P.O. BOX 1000
WHITE DEER, PA 17887

HARRISBURG PA   171

4 APR 2023   PM 7   L



Clerk Of The Court
Alfonse M. D'Amato
United States Courthouse
Federal Plaza, Room 190
Central Islip, N.Y. 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 06 2023   ★

LONG ISLAND OFFICE

1172234469